Corleen Davenport Pro-Se
205 Whittenton st. apt.7
Taunton, Ma.02780

V.

James A. Whitehill
2730 East Broadway, Suite 160
Tucson, Az. 85716

## COMPLAINT

1. The Plaintiff Corleen Davenport is a resident of the city of Taunton, County of Bristol in the state of massaachusetts.

2. The defendant James A. Whitehill is a resident of Tucson, County of Pima in the state of Arizona.

## JURISDICTION

The court has jurisidction over this case under the diversity statute.

## ALLEGATIONS

1. I contend to prove that Mr. Whitehill committed malpratice in his service to me on multiple counts.

2. I also intend to prove the massachusetts Long Arm Statute applies in this case.

Corleen Davenport

Corleen Davenport
205 Whittenton st. apt. 7
Taunton, Ma. 02780

V

James A. Whitehill
2730 East Broadway, Suite 160
Tucson, Az. 85716

### FACTS

I, Corleen Davenport hired Mr. Whitehill through a Massachusetts attorney. To file a petition to partition in the Tucson courts for me, and retrieve my long time investment I had with a former long term boyfriend. Upon my hiring him he stated he would hold off on the fees for his services but needed five hundred dollars for filing fees and out of pocket expenses. I contend he committed a breach of fiduciary duty for I feel he was not acting in my best interest. I contend he committed a blunder for not filing the proper paperwork with the courts which he was hired to do and recieved the money to do so, along with never getting a legal appraisal on the property all of which was supposed to be included in the five hundred dollar advance . I also believe he committed breach of contract for not filing the proper paperwork with the courts .

November 18, 2011

Corleen Davenport